UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KEION NATHANIEL CHAMBERS,

    Plaintiff,

v.                                          Case No. 3:24cv212-MCR-HTC

CAPTAIN C. NICOLAS, et al.,

    Defendants.
_____/

**ORDER**

The magistrate judge issued a Report and Recommendation on June 28, 2024 (ECF No. 11). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE for Plaintiff's failure to comply with Court orders, as well as for failure to truthfully disclose his prior litigation history.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 25th day of October 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:24cv212-MCR-HTC